# Court of Appeals
# of the State of Georgia

ATLANTA,  October 10, 2023

*The Court of Appeals hereby passes the following order:*

**A24A0355. LARAY J. BENTON et al. v. CITY OF PORT WENTWORTH et al.**

The appellants filed a lawsuit in superior court to challenge zoning decisions by the City of Port Wentworth. After the superior court issued an order dismissing the lawsuit, the appellants filed this direct appeal. We lack jurisdiction.

A zoning decision made by a local government constitutes the action of a local administrative agency within the meaning of OCGA § 5-6-35 (a) (1), and an appeal from a superior court decision reviewing the local administrative agency's decision must come by way of an application for discretionary appeal. *Fulton County v. Congregation of Anshei Chesed*, 275 Ga. 856, 857 (1) (572 SE2d 530) (2002); *Trend Development Corp. v. Douglas County*, 259 Ga. 425, 425-426 (1) (383 SE2d 123) (1989). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).

Thus, pretermitting the timeliness of this appeal,[1] the appellants' failure to

follow the required appellate procedure deprives us of jurisdiction over the appeal,

---

[1] The superior court issued its order dismissing the lawsuit on August 8, 2022, but the appellants did not file their notice of appeal until October 3, 2022. See OCGA § 5-6-38 (a) (a notice of appeal must be filed within 30 days of the order complained of). On July 9, 2023, the appellants amended their notice of appeal to include the trial court's June 22, 2023 order dismissing their appeal based on an unreasonable and inexcusable delay in transmitting the record.

which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
         *Clerk's Office, Atlanta,* <u>  10/10/2023  </u>
         *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
         *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*